AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Enesco, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16 Civ. 8634 |
| LTD Commodities LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Enesco, LLC

Date:   11/09/2016

*Attorney's signature*

Jonathan Malki (JM 4410)
*Printed name and bar number*
Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue
New York, NY 10016

*Address*

jmalki@grr.com
*E-mail address*

(212) 684-3900
*Telephone number*

(212) 684-3999
*FAX number*