| | | |
|---|---|---|
| JEFFREY M. KADEN<br>MARIA A. SAVIO<br>MARC P. MISTHAL<br>BARRY R. LEWIN<br>MITCHELL S. FELLER<br>JASON R. WACHTER<br><br>COUNSEL<br>DIANA MULLER*<br><br>*MEMBER OF THE BAR<br>OF ARGENTINA ONLY | **GOTTLIEB, RACKMAN & REISMAN, P.C.**<br>COUNSELORS AT LAW<br>PATENTS   TRADEMARKS   COPYRIGHTS   INTELLECTUAL PROPERTY<br><br>270 MADISON AVENUE<br>NEW YORK, N. Y. 10016-0601<br>PHONE  (212) 684-3900 · FAX  (212) 684-3999<br>WEB: http://www.grr.com   E-MAIL: info@grr.com | DONNA L. MIRMAN<br>JONATHAN M. PUROW<br>DAVID D. RODRIGUES<br><br>PATENT AGENT<br>AKIKO SAKAGAMI<br><br>OF COUNSEL<br>GEORGE GOTTLIEB<br>JAMES REISMAN<br>DAVID S. KASHMAN<br>ALLEN I. RUBENSTEIN<br>TIBERIU WEISZ<br>SILVIA SALVADORI |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/17

October 4, 2017

**Via Fax**
The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the Southern District of New York
United States Court House
New York, New York 10007
Fax: (212) 805-7942

Re:   *Enesco, LLC v. Toy2U Manufactory Company Limited*
      **16 Civ. 8634 (AKH)**

Dear Judge Hellerstein:

We write to advise the Court that the parties have reached a settlement in principle of all claims asserted by plaintiff Enesco, LLC in the above-captioned action.

The parties require further time to complete a full settlement agreement, but wish to avoid conducting unnecessary depositions prior to the October 10 deadline. Therefore, the parties jointly request that the Court enter an Order of Discontinuance dismissing the case with prejudice and without costs, while providing that counsel for any party may apply by letter to restore the action to the Court's calendar on or within thirty days of the order if the settlement is not consummated. Counsel for defendants joins in this request.

---

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

/s/ Alvin K. Hellerstein, U.S.D.J.
Date: Oct. 5, 2017

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN, P.C.

/s/ Marc P. Misthal
Marc P. Misthal
*Attorneys for Plaintiff Enesco, LLC*

*Attorneys for Defendants Toy2U Manufactory Company Limited
And L.T.D. Commodities LLC*