USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/17

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENESCO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOY2U MANUFACTORY COMPANY LIMITED, L.T.D. COMMODITIES LLC, <br><br> Defendants. | Civil Action No.: 16 Civ. 8634 <br><br> JUDGE HELLERSTEIN |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiff Enesco, LLC ("Plaintiff" or "Enesco"), and Defendants Toy2U Manufactory Company Limited ("Toy2U") and L.T.D. Commodities LLC ("LTD") (collectively, "Defendants"), through their undersigned counsel, hereby stipulate as follows:

1. This action, including all claims and counterclaims, is hereby dismissed with prejudice in its entirety against Plaintiff and Defendants; and

2. All parties will bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

(Signatures to Follow)

1

Respectfully submitted,

Dated: October 16, 2017

By: *[signature]*

George Gottlieb, Esq.
Marc P. Misthal, Esq.
Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue
New York, NY 10016
Tel. (212) 684-3900
ggottlieb@grr.com
mmisthal@grr.com

*Attorneys for Plaintiff Enesco, LLC*

SO ORDERED:

By: *[signature]*
Hon. Alvin K. Hellerstein
United States District Judge

Stipulated and Agreed:

Dated: October 16, 2017

By: *[signature]*

Otto Lee, Esq.
Kevin Viau, Esq.
IP Law Group LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Tel. (408) 276-8933
olee@iplg.com
kviau@iplg.com

David Kloss, Esq.
Kloss, Stenger, & Lotempio
9545 Main Street
Clarence, NY 14031
Tel. (716) 853-1111
dwkloss@klosslaw.com

*Attorneys for Defendants Toy2U Manufactory Co. Limited. and LT.D. Commodities LLC*

Dated: 11-1-17, 2017

2